Case 08-32607-rld7    Doc 25    Filed 08/24/09

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

IN RE: )
ROSVALL, DIANA LOUISE ) Case No. 308-32607RLD7
)
) LIST OF CREDITORS ENTITLED
) TO SMALL DIVIDENDS
Debtor(s) )

I, the undersigned case trustee for this estate, certify that the following creditors were entitled to under $5.00 if a chapter 7 case or $15.00 if a chapter 12 or 13 case, and that attached hereto is a check in the amount of $7.83 (i.e., the total amount of all dividends listed below) which should be deposited by the Clerk in the U.S. Treasury pursuant to Bankruptcy Rule 3010:

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 2 | PYOD LLC its successors and assigns as assignee of Citibank, Resurgent Capital Services, PO Box 10587 Greenville, SC 29603-0587 | 4.76 |
| 3 | NW Natural POB 8905 Portland, OR 97255-0001 | 3.07 |
| | TOTAL: $ | 7.83 |

DATED: August 21, 2009

/s/ ROBERT K. MORROW, INC.
ROBERT K. MORROW, INC., Trustee

393 (6/29/94)